SOUTHERN DISTRICT OF TEXAS
[DIVISION] DIVISION

United States Courts
Southern District of Texas
FILED

JUL 11 2024

Nathan Ochsner, Clerk of Court

UNITED STATES OF AMERICA

v.                                          NO. 4:23-CR-473

AVERY BASS

## NOTICE OF APPEAL

Notice is hereby given that pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742, defendant AVERY BASS hereby appeals to the United States Court of Appeals for the Fifth Circuit from the judgment of conviction and sentence in this case, which judgement was signed on June 13th, 2024 and entered on the docket on June 13th, 2024.

Respectfully Submitted,
Avery Bass

Clerk of the Court,

My name is Avery Bass and im currently writing to give my notice of appeal in case number 4:23-CR-473, Im in fact mailing this notice out along with a copy to my attorney Joyce Raynor on June 20th, 2024. Thank you for your time and concern in this matter.

Respectfully Submitted,
Avery Bass

NORTH HOUSTON TX 773

2 JUL 2024　PM 2　L

USA ★ FOREVER ★

Avery Bass #76465-510
Joe Corley Processing Center
500 Hilbig Rd.,
Conroe, Tx. 77301

This is Legal Mail
Has not been inspected

Clerk of the Court
United States District Court
Southern District of Texas
515 Rusk St,
Room # 8509
Houston, TX. 77002

77002-250334